UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| SYLVIA L. HINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11CV85 JAR |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Thomas C. Mummert, filed January 23, 2013 (ECF No. 25).  Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Mummert.  Magistrate Judge Mummert recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Plaintiff was granted until February 6, 2013 to file any written objections to the recommendation, but to date has filed no objections..

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [25] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

- 2 -

Dated this 11th day of February, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE